

No. 14–0054/AF.   U.S. v. Sharmaine L. Latham.   CCA 38107.   Appellant's motion to attach documents is denied.

Monday, February 23, 2015

No. 15–0387/CG.   U.S. v. Christopher S. Cooley.   CCA 1389.   Notice is hereby given that a certificate for review of the decision of the United States Coast Guard Court of Criminal Appeals was filed under Rule 22 on this date on the following issues:

> WHETHER THE COAST GUARD COURT OF CRIMINAL APPEALS ERRED BY FINDING THAT PRE–TRIAL CONFINEMENT CAN SERVE AS *PER SE* PREJUDICE FOR PURPOSES OF DETERMINING A VIOLATION OF ARTICLE 10, UNIFORM CODE OF MILITARY JUSTICE.

> WHETHER THE FACTS AND CIRCUMSTANCES OF APPELLEE'S CASE, CONSIDERING THE FACTORS SET OUT IN *BARKER V. WINGO*, 407 U.S. 514, 530 (1972) AND APPLIED TO REVIEW OF ARTICLE 10 BY *UNITED STATES V. BIRGE*, 52 M.J. 209, 212 (C.A.A.F. 1999),

AMOUNT TO A VIOLATION OF ARTICLE 10, UNIFORM CODE OF MILITARY JUSTICE.

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to March 27, 2015, and in the absence of extraordinary circumstances, no further extension of time will be granted in this case.

No. 15–0260/AF. U.S. v. Andrew P. Witt. CCA 36785. Appellant's motion to extend time to file a brief granted to March 25, 2015.

No. 15–0357/MC. U.S. v. Levon Tyler. CCA 201200327. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, up to and including March 17, 2015.

No. 15–0383/MC. U.S. v. Edmund R. Gallegos. CCA 201300391. Appellant's motion to extend time to file the supplement to the petition forfor for grant of review granted to March 12, 2015.

No. 15–0384/CG. U.S. v. Christopher S. Cooley. CCA 1389. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2015.

Wednesday, February 25, 2015